NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

## IN RE: CHRISTOPHER HARDY, R. NEAL POST, *Appellants*

———————————

### 2014-1577

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 29/268,198.

———————————

## JUDGMENT

———————————

PERRY J. SAIDMAN, Saidman DesignLaw Group, Silver Spring, MD, argued for appellants.

BRIAN THOMAS RACILLA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, WILLIAM LAMARCA, THOMAS W. KRAUSE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 17, 2015 | /s/  Daniel  E.  O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |